**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Centralia Apartments** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Centralia Apartments, a California General Partnership** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-6378751** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1314 Wilshire Blvd.** **Los Angeles, CA 90017** Number, Street, City, State & ZIP Code | **8306 Wilshire Blvd, #1739** **Beverly Hills, CA 90211** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** County | **Location of principal assets, if different from principal place of business** **11840 Centralia St** **21114 Pioneer Blvd Lakewood, CA 90715** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ■ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | **Centralia Apartments** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor   **Centralia Apartments**
_____
             Name                                                                  Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Centralia Apartments**                                    Case number (*if known*)
            Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Centralia Apartments**
_____        Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/19/2023
          MM / DD / YYYY

X _____        **Dennis G. Gesolowitz**
Signature of authorized representative of debtor    Printed name

Title    **In-House Counsel**

---

**18. Signature of attorney**

X  /s/ D. Edward Hays
_____        Date    May 19, 2023
Signature of attorney for debtor                    MM / DD / YYYY

**D. Edward Hays**
Printed name

**MARSHACK HAYS LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 333-7777**    Email address  **ehays@marshackhays.com**

**#162507 CA**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Centralia Apartments** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accident Fund Insurance of America P.O. Box 40790 Lansing, MI 48901 | | | | | | $77.82 |
| Accurate Metering Products 5773 Venice Blvd. Los Angeles, CA 90019 | | Service | | | | $30,000.00 |
| AT&T P.O. Box 537104 Atlanta, GA 30353 | | Utility | | | | $3,200.00 |
| Charter Communications 7910 Crescent Executive Drive Charlotte, NC 28217 | | Utility | | | | $1,557.00 |
| City of Lakewood 5050 Clark Avenue Lakewood, CA 90712 | | Taxes | | | | $3,200.00 |
| Edco Waste Services 6254 N. Paramount Blvd. Long Beach, CA 90805 | | Utility | | | | $4,750.00 |
| Everest Insurance 100 Everest Way Warren, NJ 07059 | | | | | | $5,200.00 |
| First Insurance Funding 450 Skokie Blvd Suite 1000 Northbrook, IL 60062 | | Trade debt | | | | $349.99 |

Debtor   **Centralia Apartments**                                    Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Franchise Tax Board Bankruptcy Section, MS:A-340 P.O. Box 2952 Sacramento, CA 95812-2952** | | Taxes | | | | **$800.00** |
| **Frontier Communications 401 Merritt 7 Ste. 7 Norwalk, CT 06851** | | Utility | | | | **$2,200.00** |
| **Golden State Water Company 1600 W. Redondo Beach Blvd. Unit 101 Gardena, CA 90247** | | Utility | | | | **$3,200.00** |
| **Kimball Tirey St. John LLP 915 Wilshire Blvd. Unit 1650 Los Angeles, CA 90017** | | Attorneys Fees | | | | **$6,200.00** |
| **Los Angeles County Recorder 12400 Imperial Highway Norwalk, CA 90650** | | | | | | **$1,200.00** |
| **Morgan Lewis 300 S. Grand Ave., 22nd Fl. Los Angeles, CA 90071** | | Attorneys Fees | | | | **$275,000.00** |
| **Proland Management Company LLC 2510 West 7th Street Los Angeles, CA 90057** | | Loan | | | | **$50,000.00** |
| **Queens Guard Security 903 North San Fernando Burbank, CA 91504** | | | | | | **$4,200.00** |
| **Southern California Edison P.O. 300 Covina, CA 91722** | | Utility | | | | **$2,600.00** |

Debtor    **Centralia Apartments**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Southern California Gas Co. P.O. Box C Monterey Park, CA 91756** | | **Utility** | | | | **$5,500.00** |
| **The Gas Company P.O. Box C Monterey Park, CA 91756** | | **Trade debt** | | | | **$2,641.96** |
| **Verizon P.O. Box 489 Newark, NJ 07101-0489** | | | | | | **$2,150.00** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **D. Edward Hays**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>California State Bar Number: **#162507 CA**<br>**ehays@marshackhays.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Centralia Apartments** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___13___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___5 / 19 / 2023___                   _____
                                             Signature of Debtor 1

Date: _____              _____
                                             Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____              _____
                                             Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Centralia Apartments
8306 Wilshire Blvd, #1739
Beverly Hills, CA 90211


D. Edward Hays
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
915 Wilshire Blvd.,#1850
Los Angeles, CA 90017

Accident Fund Insurance of America
P.O. Box 40790
Lansing, MI 48901


Accurate Metering Products
5773 Venice Blvd.
Los Angeles, CA 90019


Alica Bowen
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Ana Garcia
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Anicia L. Carigma
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Anselmo Dulig
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Ashley Anaya
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


AT&T
P.O. Box 537104
Atlanta, GA 30353

Axos Bank
4350 La Jolla Drive
San Diego, CA 92121


Benny Co
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Brenda Bookman
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Brenda Tamayo Hernandez
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Centralia Limited Investors, LP
1812 West Burbank Blvd.
Suite 812
Burbank, CA 91506


Charter Communications
7910 Crescent Executive Drive
Charlotte, NC 28217


City of Lakewood
5050 Clark Avenue
Lakewood, CA 90712


David M. Barling
100 Wilshire Blvd.
Suite 700
Santa Monica, CA 90401

Desiree Alvarez
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Diana Hermosillo
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Edco Waste Services
6254 N. Paramount Blvd.
Long Beach, CA 90805


Elena Cruz
8306 Wilshire Blvd.,#538
Beverly Hills, CA 90211


Elias Lim
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Eligio Mendoza
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Everest Insurance
100 Everest Way
Warren, NJ 07059

Ferdinand Centino
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Fernando Tena
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


First Insurance Funding
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
P.O. Box 842857
Sacramento, CA 94257


Frontier Communications
401 Merritt 7 Ste. 7
Norwalk, CT 06851


Fructuoso Maningo
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Golden State Water Company
1600 W. Redondo Beach Blvd.
Unit 101
Gardena, CA 90247

Greenberg Traurig LLP
1840 Century Park East
Ste 1900
Los Angeles, CA 90067


Hedy Dryden
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James Yang
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Jenette Hernandez
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Joe Nwokedi
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Johann Flores
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Juana Lopez
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Juana Macahia
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Jules Torres
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Julio Moran
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Kevin A. Singer, Receiver
Receivership Specialists
11500 W. Olympic Blvd., #530
Los Angeles, CA 90064


Kimball Tirey St. John LLP
915 Wilshire Blvd.
Unit 1650
Los Angeles, CA 90017


Laizel Piedad
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Lauren M. Koenig
3644 Valley Meadow Drive
Sherman Oaks, CA 91403


Los Angeles County Recorder
12400 Imperial Highway
Norwalk, CA 90650

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Magdalena Vargas
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Maria Guadalupe Gonzales
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Maria Iiza Orozco
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Maribel Viloria
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Marisol Andrade
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Mark Bengero
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Mawsufa Hasnin
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Meriam Ibanez
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Michael N. Koenig
3644 Valley Meadow Drive
Sherman Oaks, CA 91403


Mike Kwon
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Mindy Collaza
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Morgan Lewis
300 S. Grand Ave., 22nd Fl.
Los Angeles, CA 90071


Nathaniel Ainuu
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Nerissa Apolonio
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Nicole Sudderth
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Niresha Smith
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Peter Schwartz
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Petra Valenzuela
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Proland Management Company LLC
2510 West 7th Street
Los Angeles, CA 90057


Queens Guard Security
903 North San Fernando
Burbank, CA 91504


Ramon Olivas
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Raul Alpino
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Ray Yu
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Roberto Mendiola
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Rocio Gabriel
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Rodielyn Pena
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Romelix Mendoza
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Rosalba Ochoa
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Rose Dunn
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Rosemarie Solo
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Saenaese Tialavea
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Securities Exchange Commission
Attention: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071


Southern California Edison
P.O. 300
Covina, CA 91722


Southern California Gas Co.
P.O. Box C
Monterey Park, CA 91756


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Surriannah Astrid Yabut
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


Syndia Cannick Anderson
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211


The Gas Company
P.O. Box C
Monterey Park, CA 91756


Tofazzel Hossain
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Vanessa Orona
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Verizon
P.O. Box 489
Newark, NJ 07101-0489

Wilda Malone
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Yasir Khan
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Yesenia Nieto
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211

Yi Jia Li
8306 Wilshire Blvd., #538
Beverly Hills, CA 90211